(*Counsel of record on next page*)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LOUGHRIE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 5:17-cv-02342-JVS-SP<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Discovery matter referred to:<br>Magistrate Judge Sheri Pym |

| | |
|---|---|
| 1 | JOSEPH R. BECERRA (Cal. State Bar No. 210709) |
| 2 | BECERRA LAW FIRM<br>4014 Long Beach Boulevard, Suite 300 |
| 3 | Long Beach, California 90807<br>Telephone (213) 542-8501 |
| 4 | Facsimile (213) 542-5556<br>jbecerra@jrbecerralw.com |
| 5 | |
| 6 | TOREY JOSEPH FAVAROTE (Cal. State Bar No. 198521)<br>GLEASON & FAVAROTE LLP |
| 7 | 4014 Long Beach Boulevard, Suite 300<br>Long Beach, California 90807 |
| 8 | Telephone: (562) 548-6700<br>Facsimile: (562) 216-8495 |
| 9 | tfavarote@gleasonfavarote.com |
| 10 | Attorneys for Plaintiff |
| 11 | Joshua Loughrie |
| 12 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| 13 | JULLIE Z. LAL (Cal. State Bar No. 279067)<br>ANDREA B. DICOLEN (Cal. State Bar No. 305555) |
| 14 | PAUL HASTINGS LLP<br>101 California Street, 48th Floor |
| 15 | San Francisco, California 94111<br>Telephone: (415) 856-7000 |
| 16 | Facsimile: (415) 856-7100<br>jeffwohl@paulhastings.com |
| 17 | jullielal@paulhastings.com<br>andreadicolen@paulhastings.com |
| 18 | |
| 19 | Attorneys for Defendant<br>Target Corporation |
| 20 | |

1    Pursuant to the parties' Stipulation to Protective Order, and good cause appearing

2   therefor,

3    IT IS ORDERED that the parties' stipulation is adopted as the Court's protective

4   order in this action.

5    Dated:  January 26, 2018.

6                                                    _____

7                                                    Sheri Pym
                                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28